## RAILROAD COMMISSION OF TEXAS et al., Appellants, v. Jacob T. BRADBERRY, Appellee.

### No. 7905.

Court of Civil Appeals of Texas. Austin.

Jan. 11, 1933.

See, also, 57 S.W.(2d) 285.

James V. Allred, Atty. Gen., and T. S. Christopher, Asst. Atty. Gen., for appellants.

J. C. Duvall and A. W. Dawson, both of Fort Worth, and Carl L. Phinney, of Dallas, for appellee.

BLAIR, Justice.

This case is a companion case with the Forwarding Company Case, 57 S.W.(2d) 290, counsel for appellee having briefed them as one case. There are no distinctions to be drawn between the facts alleged in each case, and the rule announced in the Forwarding Company Case controls this case in every particular. We, therefore, dissolve the temporary injunction granted by the trial court.

Injunction dissolved.